IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HEVARD GUTIERREZ,

    Petitioner,               No. 2:09-cv-0329 GEB KJN P

    vs.

D. K. SISTO, Warden,

    Respondent.             <u>ORDER</u>

                           /

Petitioner has requested an extension of time to file an application to proceed in forma pauperis on appeal.[1]  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's May 24, 2011 request for an extension of time is granted; and

    2. Petitioner shall file an application to proceed in forma pauperis within thirty days from the date of this order.

DATED: May 31, 2011

                                            _____
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

guti0329.111

---

[1] Petitioner appended 59 pages of exhibits to this request.  Petitioner is advised that the court does not require further exhibits.  Judgment has been entered.  Pursuant to this court's May 4, 2011, petitioner need only complete and file the application to proceed in forma pauperis form sent to petitioner on May 4, 2011.  Petitioner's exhibits are disregarded.