IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HEVARD GUTIERREZ,

    Petitioner,               No. 2:09-cv-0329 GEB KJN P

    vs.

D.K. SISTO, Warden,

    Respondent.          ORDER

_____/

    Petitioner, a state prisoner proceeding without counsel, has filed an application to proceed in forma pauperis on appeal. Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

    In accordance with the above, IT IS HEREBY ORDERED that petitioner's application to proceed in forma pauperis on appeal is granted.

DATED: August 22, 2011

                                            _____
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

guti0329.ifpa